FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:18-CR-00005-LRS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Order Granting United States' |
| | ) | Motion for Order of Dismissal |
| MIGUEL HERNANDEZ-SANCHEZ, | ) | without Prejudice |
| | ) | |
| Defendant. | ) | |

Leave of court is GRANTED for the filing of the foregoing dismissal without prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

IT IS SO ORDERED this 24th day of April, 2018.

*s/Lonny R. Suko*

_____
Honorable Lonny R. Suko
Senior United States District Judge

Order Granting United States' Motion for Order of Dismissal without Prejudice - 1
Order.Dismiss.docx